UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Cause No. 1:19-cr-29-JRS-MJD |
| JACQUELINE HUFFMAN, | ) ) | - 22 |
| Defendant. | ) ) | |

**REPORT AND RECOMMENDATION**

On August 23, 2023, the Court held a hearing on the Petition for Warrant for Offender Under Supervision filed on August 10, 2023. Defendant appeared in person with his appointed counsel Harold Samuel Ansell. The government appeared by Peter Blackett, Assistant United States Attorney. U. S. Parole and Probation appeared by Officer Felecia Bain.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1. The Court advised Defendant of her rights and provided her with a copy of the petition. Defendant orally waived her right to a preliminary hearing.

2. After being placed under oath, Defendant admitted violation numbers 1-3. [Docket No.1537.]

3. The allegations to which Defendant admitted, as fully set forth in the petition, are:

**Violation**
**Number**        **Nature of Noncompliance**

1. **"You shall not use or possess any controlled substances prohibited by applicable state or federal law, unless authorized to do so by a valid prescription from a licensed medical practitioner. You shall follow the prescription instructions regarding frequency and dosage."**

   The offender has failed to appear for 11 of the last 14 random urinalyses. As previously reported to the Court, the offender provided urine samples that tested positive for amphetamines on October 20, November 2, and December 27, 2022. Additionally, she provided urine samples that tested positive for cocaine on April 12, 20, and July 20, 2023.

2. **"You shall participate in a substance abuse or alcohol treatment program approved by the probation officer and abide by the rules and regulations of that program. The probation officer shall supervise your participation in the program (provider, location, modality, duration, intensity, etc.). The court authorizes the release of the presentence report and available evaluations to the treatment provider, as approved by the probation officer."**

   As previously reported to the Court, the offender failed to attend all treatment sessions for February and one session for March 2023. Additionally, she has failed to attend any treatment sessions since April 27, 2023.

3. **You shall reside in a residential reentry center for a term of 180 days. You shall abide by the rules and regulations of the facility.**

   The offender was instructed to report to the residential reentry center on August 4, and again on August 8, 2023. She failed to report on either date, as directed.

4. The parties stipulated that:

   (a) The highest grade of violation is a Grade B violation.

   (b) Defendant's criminal history category is III.

   (c) The range of imprisonment applicable upon revocation of supervised release, therefore, is 8 to 14 months' imprisonment.

5. The government argued for a sentence of 14 months. Defendant's counsel argued for a sentence of 12 months and 1 day.

The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition, that his supervised release should be revoked, and that he should be sentenced to the custody of the Attorney General or his designee for a period of 12 months and 1 day with no supervised release to follow. The Defendant is to be taken into custody immediately pending the District Judge's action on this Report and Recommendation.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge.

The parties waived the fourteen-day period to object to the Report and Recommendation.

Date: 8/25/2023

*Paul R. Cherry*
Paul R. Cherry
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system